UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RAYMOND D. LEAVITT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 08-132-B-W |
| CORRECTIONAL MEDICAL SERVICES, INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 31, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Motion for Summary Judgment (Docket # 113) be and hereby is GRANTED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2010