UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RAYMOND LEAVITT,            ) | |
|             Plaintiff,            ) | |
| v.            ) | Civil No. 08-132-B-W |
| CORRECTIONAL MEDICAL            ) SERVICES, INC., et al.,            ) | |
|             Defendants.            ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISIONS OF THE MAGISTRATE JUDGE**

    The United States Magistrate Judge filed with the Court on December 31, 2009 her Recommended Decisions.  Plaintiff Raymond Leavitt filed his objections to the Recommended Decisions on January 14, 2010.  I have reviewed and considered the Magistrate Judge's Recommended Decisions, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decisions of the Magistrate Judge (Docket #'s 150, 151) are hereby AFFIRMED.

2. It is further ORDERED that the Motion for Summary Judgment (Docket #108) and the Motion for Summary Judgment (Docket # 111) be and hereby are GRANTED.

    SO ORDERED.

                              /s/ John A. Woodcock, Jr.
                              JOHN A. WOODCOCK, JR.
                              CHIEF UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2010